UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CHERYL PIROS, | ) | CASE NO. 1:22-cv-00009 |
| PLAINTIFF, | ) | |
| | ) | JUDGE SARA LIOI |
| v. | ) | |
| | ) | **ORDER** |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) | |
| | ) | |
| DEFENDANT. | ) | |
| | ) | |

Before the Court is the report and recommendation of Magistrate Judge Jennifer Dowdell Armstrong, recommending that the Commissioner's decision denying disability insurance benefits and period of disability be affirmed. (Doc. No. 16.)

Under the relevant statute:

Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

28 U.S.C. § 636(b)(1)(C).

The fourteen-day period has elapsed, and no objections have been filed nor has any extension of time been sought. The failure to file written objections to a magistrate judge's report and recommendation constitutes a waiver of a *de novo* determination by the district court of an issue covered in the report. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd*, 474 U.S. 140 (1985); *see United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

The Court has reviewed the magistrate judge's report and recommendation and ACCEPTS and ADOPTS the same. Accordingly, the Court AFFIRMS the decision of the administrative law judge and DISMISSES plaintiff's case in its entirety.

**IT IS SO ORDERED**.

Dated: January 27, 2023

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**